## INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Ramon E. Reyes Jr.**          Date: **7/1/19**

Magistrate Case Number: **19-602M**          LOG #: **4:22 - 4:27**

Defendant's Name: **Deaundre Jamal Washington**

**X** Court appointed counsel.    ___ Defendant retained counsel.

Defense Counsel: **Amanda David**          CJA: ___  FDNY: **X**  RET: ___

A.U.S.A. **John Vagelatos**          Clerk: **SM Yuen**

Interpreter: _____          Language: _____

**✓** ARRAIGNMENT on ~~Complaint~~ Removal held.    **✓** Government Agent Sworn

___ DETENTION HEARING Held:    ___ Government opposed bail for reasons stated on the record.

   ___ Bond set at _____.    ___ Bond set on consent of both parties.

   Defendant:    ___ released    ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After detention hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Preliminary Hearing set for: _____; or  ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

**X** REMOVAL (Rule 5) PROCEEDING held. To the district of: **EDNC**

   ___ Identity hearing held. Court    ___ orders removal    ___ denies removal

   **✓** Defendant waives:    **✓** identity hearing    ___ preliminary hearing

   ___ Identity/ Removal Hearing set for: _____

   **✓** No bail application presented to the Court. Commitment to the District **✓** entered.

Other Comments/Rulings: _____