## INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Ramon E. Reyes Jr.**          Date: __7/1/19__

Magistrate Case Number: __19-602M__          LOG #: __4:22 - 4:27__

Defendant's Name: __Deaundre Jamal Washington__

__X__ Court appointed counsel.    ____ Defendant retained counsel.

Defense Counsel: __Amanda David__          CJA:____  FDNY: __X__  RET:____

A.U.S.A. __John Vagelatos__          Clerk: __SM Yuen__

Interpreter: _____          Language: _____

__✓__ ARRAIGNMENT on Complaint held. [Removal]    __✓__ Government Agent Sworn

____ DETENTION HEARING Held:    ____ Government opposed bail for reasons stated on the record.

  ____ Bond set at _____.    ____ Bond set on consent of both parties.

  Defendant:  ____ released   ____ held pending satisfaction of bond conditions.

  ____ Defendant advised of bond conditions set by the Court and signed the bond.

  ____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ____ (Additional) surety/ies to co-sign bond by _____

  ____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for: _____ ; or ____ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

__X__ REMOVAL (Rule 5) PROCEEDING held. To the district of: __EDNC__

  ____ Identity hearing held. Court ____ orders removal ____ denies removal

  __✓__ Defendant waives: __✓__ identity hearing ____ preliminary hearing

  ____ Identity/ Removal Hearing set for: _____

  __✓__ No bail application presented to the Court. Commitment to the District __✓__ entered.

Other Comments/Rulings: _____